UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| | |
|---|---|
| Case No. **CV 21-9947-DMG (AGRx)** | Date September 23, 2022 |
| Title *Michelle M. Taheripour, et al. v. U.S. Small Business Administration, et al.* | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

In light of Plaintiffs' Notice of Dismissal filed on September 20, 2022 [Doc. # 27], the Court hereby **DISMISSES** this action pursuant to Fed. R. Civ. P. 41(a). All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.